IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**CSK PARTNERS, LLC**                                                                                              **PLAINTIFF**

vs.                                         CASE NO. 2:09-cv-02106-JLH

**LG ELECTRONICS, U.S.A., INC.**, a foreign
corporation, **NI GROUP, LLC**, a foreign
corporation, and **AMERICAN EXPRESS
BANK, FSB**, a foreign corporation

                                                                                                                          **DEFENDANTS**

### ORDER TO COMPEL

On this 29th day of July, 2010, comes on for consideration of Plaintiff, CSK Partners, LLC's, Motion to Compel and the Court being sufficiently advised finds that the Separate Defendant, American Express Bank, FSB, shall provide to Plaintiff full and complete answers and responses to Interrogatories and Requests for Production Nos. 1, 2, 3, 4, 5, 6, 7, 9, 11, 14, 15, and 17

The Court finds Interrogatory No. 8 is overly broad as it currently phrased, and therefore it will be denied. However, the Plaintiff may revise the Interrogatory in future discovery.

The Court grants Interrogatory No.10. However, the claims, complaints, and litigation under the Fraud Protection Guaranty will be confined to two years before the cause of action and one year after. Additionally, the scope of the Interrogatory will be limited to only those

claims, complaints, and litigation made within the United States.

With respect to Interrogatory Nos. 12, 13, and 14, the Court finds that both parties will comply with the Scheduling Order set forth by the District Judge and produce expert witnesses, exhibits, and demonstrative exhibits in a timely manner so as not to hinder or delay the trial date.

Full and complete answers are to be offered on or before Monday, August 30, 2010.

**IT IS SO ORDERED.**

/s/ J. Marschewski
Honorable James R. Marschewski
U.S. Magistrate Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 2 5 2010

CHRIS R. JOHNSON, CLERK

BY
　　　DEPUTY CLERK